UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM BRYAN COTTINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-0580 |
| ) | Judge Echols |
| POLICY STUDIES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, the Court hereby rules as follows:

(1) The Report and Recommendation issued by the Magistrate Judge (Docket Entry No. 48) is hereby ACCEPTED and APPROVED;

(2) Plaintiff's Objections to the Report and Recommendation (Docket Entry No. 52) are hereby OVERRULED;

(3) Defendant's Motion to Dismiss (Docket Entry No. 29) is hereby GRANTED;

(4) Plaintiff's Motion to Strike (Docket Entry No. 42) is hereby DENIED AS MOOT;

(5) Plaintiff's Motion to Disqualify Counsel, or in the Alternative, Motion for Sanctions (Docket Entry No. 50) is hereby DENIED AS MOOT, and therefore, Plaintiff's Motion for Leave to Reply (Docket Entry No. 57) is also DENIED AS MOOT;

(6) Plaintiff's Motion to Issue Subpoenas (Docket Entry No. 63) is hereby DENIED AS MOOT;

1

(7) Defendant's Motion for Extension of Time to Complete Discovery (Docket Entry No. 61) is hereby DENIED AS MOOT; and

(8) This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a)

It is so ORDERED

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE